479 A.2d 1094

Commonwealth v. Blackwell, Appellant.

Submitted May 4, 1984. M. Emmons

Stivers, Assistant Public Defender, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., concurred in the result.